Electronically Filed
Marie Zaiz
Circuit Clerk
CARMEN GLENN
21L1224
St. Clair County
12/16/2021 9:57 AM
15978790

IN THE CIRCUIT COURT
TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

| | |
|---|---|
| RHIANNA LOUIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 21-L-1224 |
| | ) |
| OLD DOMINION FREIGHT LINE, INC., | ) |
| and BRANDON RATHBURN, | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT

COMES NOW Plaintiff, Rhianna Louis, by and through her attorneys, Cates Mahoney, LLC, and for her Complaint against Defendants, Old Dominion Freight Line, Inc. and Brandon Rathburn, states as follows:

### GENERAL ALLEGATIONS

1. At all times relevant herein, Plaintiff, Rhianna Louis, resided in Cahokia, St. Clair County, Illinois.

2. At all times relevant herein, Defendant, Old Dominion Freight Line, Inc. ("Old Dominion"), was and is a Virginia corporation doing business in St. Clair County, State of Illinois.

3. At all times relevant herein, Defendant, Brandon Rathburn ("Rathburn"), resided in Indianapolis, Indiana.

4. On December 18, 2019, Plaintiff, Rhianna Louis, was driving a 2019 Ford Fusion southbound on Mississippi Avenue at or near the intersection of 8th Street, in Sauget, St. Clair County, Illinois.

**EXHIBIT A**

5. On December 18, 2019, Defendant, Rathburn, was driving a 2020 Freightliner Tractor Trailer southbound on Mississippi Avenue at or near the intersection of 8th Street, in Sauget, St. Clair County, Illinois.

6. On December 18, 2019, Defendant, Rathburn, slowed and/or stopped the 2020 Freightliner on Mississippi Avenue and attempted to make a U-Turn from the improper lane, turning his vehicle in front of Plaintiff's vehicle.

7. At or about that time, as Plaintiff, Rhianna Louis, was traveling southbound on Mississippi Avenue in the left lane, she was unable to avoid Defendant Rathburn's vehicle when he attempted to make an illegal U-Turn in front of her vehicle.

8. At or about that time, Plaintiff's vehicle struck the rear of the vehicle Defendant, Rathburn, was operating, causing her to lose control and go into the shoulder and adjacent field area.

9. At all times relevant herein, Defendant Rathburn was employed by Defendant Old Dominion, and was acting in the course and scope of his employment with Defendant Old Dominion at the time of the collision.

10. On December 18, 2019, the 2020 Freightliner that Defendant Rathburn was operating was owned by Defendant, Old Dominion.

## JURISDICTION & VENUE

11. This Court has jurisdiction of the subject matter pursuant to 735 ILCS 5/2-209(a)(1) and (a)(2) as Defendants transact business in this State and committed tortious acts in this State.

12. Venue is proper in St. Clair County, Illinois, pursuant to 735 ILCS 5/2-101, as St. Clair County is where some part of the transaction which forms the basis for this Complaint occurred.

## COUNT I
### Negligence/Respondeat Superior
### Rhianna Louis v. Old Dominion Freight Line, Inc.

COMES NOW Plaintiff, Rhianna Louis, by and through her attorneys, Cates Mahoney, LLC, and for Count I of her Complaint against Defendant, Old Dominion Freight Line, Inc. ("Old Dominion"), states as follows:

13. Plaintiff incorporates Paragraphs 1 through 12 of this Complaint as though fully set forth herein.

14. At all times relevant herein, Defendant, Rathburn, was an agent and employee of Defendant, Old Dominion, and was acting within the course and scope of his employment with Defendant, Old Dominion.

15. At all times relevant herein, Defendant, Rathburn, owed Plaintiff, Rhianna Louis, a duty to operate the 2020 Freightliner in a reasonably careful manner so as to avoid causing injury and damage to Plaintiff.

16. At all times relevant herein, Defendant, Old Dominion, had a duty to exercise due care in operating its vehicles in a safe manner, including, but not limited to, operating its vehicles at a safe speed, keeping a proper lookout, making proper turns, and/or yielding the right-of-way to other users of the roadway, such as Plaintiff, Rhianna Louis.

17. On December 18, 2019, and at all times relevant herein, Defendant, Old Dominion, was negligent and breached its duty to Plaintiff, Rhianna Louis, in one or more of the following ways:

    a. Negligently and carelessly failed to yield the right-of-way to Plaintiff when Defendant attempted to make an illegal U-Turn in front of Plaintiff's vehicle in violation of Section 11-801 of the Illinois Vehicle Code (625 ILCS 5/11-801); and/or

    b.    Negligently and carelessly failed to position his vehicle in the proper lane or position for making a left turn at an intersection in order to avoid colliding with Plaintiff's vehicle in violation of Section 11-801 of the Illinois Vehicle Code (625 ILCS 5/11-801); and/or,

    c.    Negligently and carelessly failed to make a U-Turn from the extreme left-hand lane in order to avoid colliding with Plaintiff's vehicle in violation of Section 11-801 of the Illinois Vehicle Code (625 ILCS 5/11-801); and

    d.    Negligently and carelessly failed to concentrate on driving, appreciate the presence of other vehicles on the road, and keep a proper lookout for other vehicles on the road.

18.    As a direct and proximate result of one or more of the foregoing negligent acts or omissions, the 2020 Freightliner being driven by Defendant, Rathburn, collided with the 2019 Ford Fusion driven by Plaintiff, Rhianna Louis.

19.    As a further direct and proximate result of one or more of the foregoing negligent acts or omissions, Plaintiff, Rhianna Louis, sustained great bodily injury, including, but not limited to, significant injuries to her neck, back, left shoulder and hip; she has also experienced extreme pain and suffering, which is expected to continue into the future; she has incurred numerous medical bills and other health-related bills as a result of medical treatment for her injuries and is expected to incur same in the future; she has lost wages and benefits she would have otherwise received; she has suffered a loss of enjoyment of a normal life as a consequence of her injuries and she has lost his ability to engage in the same kinds of normal activities, all to her damage.

WHEREFORE, Plaintiff, Rhianna Louis, respectfully requests this Court enter judgment on her behalf and against Defendant, Old Dominion Freight Line, Inc., in an amount in excess of Fifty Thousand Dollars ($50,000.00), for her injuries and damages, and for costs of suit incurred herein, and for such other or further relief as the Court deems just.

## COUNT II
### *Negligence*
### *Rhianna Louis v. Brandon Rathburn*

COMES NOW Plaintiff, Rhianna Louis, by and through her attorneys, Cates Mahoney, LLC, and for Count II of her Complaint against Defendant, Brandon Rathburn ("Rathburn"), states as follows:

13. Plaintiff incorporates Paragraphs 1 through 12 of this Complaint as though fully set forth herein.

14. At all times relevant herein, Defendant, Rathburn, owed Plaintiff, Rhianna Louis, a duty to operate the 2020 Freightliner in a reasonably careful manner so as to avoid causing injury and damage to Plaintiff.

15. On December 18, 2019, and at all times relevant herein, Defendant, Rathburn, was negligent and breached his duty to Plaintiff, Rhianna Louis, in one or more of the following ways:

   a. Negligently and carelessly failed to yield the right-of-way to Plaintiff when Defendant attempted to make an illegal U-Turn in front of Plaintiff's vehicle in violation of Section 11-801 of the Illinois Vehicle Code (625 ILCS 5/11-801); and/or

   b. Negligently and carelessly failed to position his vehicle in the proper lane or position for making a left turn at an intersection in order to avoid colliding with Plaintiff's vehicle in violation of Section 11-801 of the Illinois Vehicle Code (625 ILCS 5/11-801); and/or,

   c. Negligently and carelessly failed to make a U-Turn from the extreme left-hand lane in order to avoid colliding with Plaintiff's vehicle in violation of Section 11-801 of the Illinois Vehicle Code (625 ILCS 5/11-801); and

   d. Negligently and carelessly failed to concentrate on driving, appreciate the presence of other vehicles on the road, and keep a proper lookout for other vehicles on the road.

16. As a direct and proximate result of one or more of the foregoing negligent acts or omissions, the 2020 Freightliner being driven by Defendant, Rathburn, collided with the 2019 Ford Fusion driven by Plaintiff, Rhianna Louis.

17. As a further direct and proximate result of one or more of the foregoing negligent acts or omissions, Plaintiff, Rhianna Louis, sustained great bodily injury, including, but not limited to, significant injuries to her neck, back, left shoulder and hip; she has also experienced extreme pain and suffering, which is expected to continue into the future; she has incurred numerous medical bills and other health-related bills as a result of medical treatment for her injuries and is expected to incur same in the future; she has lost wages and benefits she would have otherwise received; she has suffered a loss of enjoyment of a normal life as a consequence of her injuries and she has lost his ability to engage in the same kinds of normal activities, all to her damage.

WHEREFORE, Plaintiff, Rhianna Louis, respectfully requests this Court enter judgment on her behalf and against Defendant, Brandon Rathburn, in an amount in excess of Fifty Thousand Dollars ($50,000.00), for her injuries and damages, and for costs

Respectfully submitted,

By   /s/ Ryan J. Mahoney
Ryan J. Mahoney, #6290113
CATES MAHONEY, LLC
216 West Pointe Drive, Suite A
Swansea, IL 62226
Telephone:   618-277-3644
Facsimile:   618-277-7882
Email:   rmahoney@cateslaw.com
***Attorneys for Plaintiff***